```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X
TRUSTEES OF THE NEW YORK CITY      :
DISTRICT COUNCIL OF CARPENTERS     :
PENSION FUND, WELFARE FUND, ANNUITY:
FUND, AND APRENTICESHIP,           :
JOURNEYMAN RETRAINING, EDUCATIONAL :
AND INDUSTRY FUND, ET AL.          :
                                   :
                    Petitioners,   :    19 Civ. 4016 (VM)
                                   :
    - against -                    :
                                   :
TIM PHILLIPS, D/B/A PHILLIPS       :
CREATIVE INSTALLATIONS,            :
                                   :
                    Defendant.     :
-----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Order dated June 10, 2019, the Court memo-endorsed a request from respondent extending the time to answer or otherwise move with respect to the complaint herein to July 10, 2019. Additional extensions were granted on July 10, 2019, August 12, 2019, and October 7, 2019. A review of the Docket Sheet indicates no entry of any answer having been filed or any request for further action by petitioner. Accordingly, it is hereby

ORDERED, that petitioner advise the Court within thirty (30) days with regards to further prosecution of this case; and it is further

ORDERED, that respondent show cause within thirty (30) days why they have not answered the complaint despite the extensions granted.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         18 February 2020

                              _____
                                  Victor Marrero
                                     U.S.D.J.