UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
et al.,

                          Petitioners,                  19 **CIVIL** 4016 (VM)

        -against-                               **JUDGMENT**

TIM PHILLIPS, d/b/a PHILLIPS
CREATIVE INSTALLATIONS,
                          Respondent.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated July 2, 2020, the motion for summary judgment so deemed by the Court as filed by Petitioners Trustees Of The New York City District Council Of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund, Trustees Of The New York City Carpenters Relief and Charity Fund, New York City and Vicinity Carpenters Labor-Management Corporation, and the New York City District Council of Carpenters (collectively, "Petitioners") (see "Petition," Dkt. No. 6) is GRANTED. The Petition is granted, the underlying arbitration award is confirmed, and judgment is entered in favor of Petitioners and against respondent Tim Phillips, doing business as Phillips Creative Installations, as follows: Awarding Petitioners $716,865.41 pursuant to the January 18, 2020 arbitration award (Award) plus interest from the date of the Award through the date of judgment with interest to accrue at the annual rate of 7.5% pursuant to the Award, in the amount of $25,041.19; Awarding Petitioners $75 in costs arising out of the

proceeding; Awarding Petitioners $2,972.50 in attorneys' fees arising out of the proceeding; and

Awarding Petitioners post-judgment interest at the statutory rate.

**Dated:** New York, New York
July 6, 2020

                                **RUBY J. KRAJICK**
                                **Clerk of Court**
**BY:**       *[signature]*
                                **Deputy Clerk**